UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN DOE,

                    Plaintiff,

      -against-                    19 **CIVIL** 5357 (ER)

## JUDGMENT

COLUMBIA UNIVERSITY and
TRUSTEES OF COLUMBIA
UNIVERSITY,

                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2020, Columbia's motion to dismiss as to all count is granted; as mentioned in the Opinion and Order, Doe's motion to proceed anonymously is dismissed as moot; accordingly, this case is closed.

**Dated:** New York, New York
          March 31, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                               Clerk of Court
                            **BY:**
                                               _____
                                               **Deputy Clerk**